1  Joel E. Tasca
   Nevada Bar No. 14124
2  Justin A. Shiroff
   Nevada Bar No. 12869
3  BALLARD SPAHR LLP
   100 North City Parkway, Suite 1750
4  Las Vegas, Nevada 89106
   Telephone: (702) 471-7000
5  Facsimile: (702) 471-7070
   tasca@ballardspahr.com
6  shiroffj@ballardspahr.com

7  *Attorneys for Plaintiff Citibank, N.A. as*
   *Trustee for the Certificateholders of*
8  *Structured Asset Mortgage Investments II,*
   *Inc., Bear Stearns ALT-A Trust, Mortgage*
9  *Pass-Through Certificates Series 2006-6 and*
   *Mortgage Electronic Registration Systems,*
10 *Inc.*

11

## UNITED STATES DISTRICT COURT

12

## DISTRICT OF NEVADA

13

14  CITIBANK, N.A. AS TRUSTEE FOR THE
    CERTIFICATEHOLDERS OF
    STRUCTURED ASSET MORTGAGE          Case No. 2:16-cv-02766-JCM-VCF
15  INVESTMENTS II, INC., BEAR
    STEARNS ALT-A TRUST, MORTGAGE
16  PASS-THROUGH CERTIFICATES
    SERIES 2006-6                      **MOTION TO APPROVE**
17                                     **WITHDRAWAL OF PRO HAC VICE**
             Plaintiff,                **COUNSEL AND REMOVAL FROM**
18                                     **CM/ECF**
    vs.
19
    SFR INVESTMENTS POOL 1, LLC, a
20  Nevada non-profit corporation; SEVILLE
    ETAGE HOMEOWNERS ASSOCIATION,
21  a Nevada non-profit corporation,

22           Defendants.

23
    SFR INVESTMENTS POOL 1, LLC, a
24  Nevada limited liability company,

25           Counter/Cross Claimant

26  vs.

27  CITIBANK, N.A. AS TRUSTEE FOR THE
    CERTIFICATEHOLDERS OF
28  STRUCTURED ASSET MORTGAGE
    INVESTMENTS II, INC., BEAR

DMWEST #17061213 v1

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

1  STEARNS ALT-A TRUST, MORTGAGE
   PASS-THROUGH CERTIFICATES
2  SERIES 2006-6; MORTGAGE
   ELECTRONIC REGISTRATION
3  SYSTEMS, INC., AS NOMINEE FOR
   REPUBLIC MORTGAGE, LLC DBA
4  REPUBLIC MORTGAGE; FRANKIE M.
   ABENOJAR, an individual; JANE P.
5  ABENOJAR, an individual,

6                Counter/Cross Defendants/

7
        Plaintiff hereby moves the Court to approve the disassociation of pro hac
8
   counsel, Quinton Stephens, Esq., who is no long associated with the law firm of
9
   Ballard Spahr LLP effective September 22, 2017 at 5:00 P.M.  Further, the email
10
   address of stephensq@ballardspahr.com should be removed from the CM/ECF E-
11
   filing list.  Accordingly, the undersigned respectfully requests that the Clerk remove
12
   Mr. Stephens' name as counsel for the Plaintiff, Citibank, N.A. as Trustee for the
13
   Certificateholders of Structured Asset Mortgage Investments II, Inc., Bear Stearns
14
   ALT-A Trust, Mortgage Pass-Through Certificates Series 2006-6 and Mortgage
15
   Electronic Registration Systems, Inc.
16
        Ballard Spahr LLP will continue to represent Citibank, N.A. as Trustee for
17
   the Certificateholders of Structured Asset Mortgage Investments II, Inc., Bear
18
   Stearns ALT-A Trust, Mortgage Pass-Through Certificates Series 2006-6 and
19
   Mortgage Electronic Registration Systems, Inc.
20
   ///
21
   ///
22
   ///
23
   ///
24
   ///
25
   ///
26
   ///
27

28

DMWEST #17061213 v1

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

Dated: September 27, 2017

BALLARD SPAHR LLP


By:/s/ Justin A. Shiroff
    Joel E. Tasca, NV Bar No. 14124
    Justin A. Shiroff, NV Bar No. 12869
    100 North City Parkway, Suite 1750
    Las Vegas, Nevada  89106

*Attorneys for Plaintiff Citibank, N.A. as Trustee for the Certificateholders of Structured Asset Mortgage Investments II, Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates Series 2006-6 and Mortgage Electronic Registration Systems, Inc.*


**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _____9-28-2017_____

3

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I certify that on the 27th day of September, 2017, and pursuant to FRCP 5, a true copy of the foregoing **MOTION TO APPROVE WITHDRAWAL OF PRO HAC VICE COUNSEL AND REMOVAL FROM CM/ECF** was served through the U.S. District Court's CM/ECF System:

Diana Cline Ebron, Esq.
Jacquelne A. Gilbert, Esq.
Karen L. Hanks, Esq.
Trella N. McLean, Esq.
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for Defendant*
*SFR Investments Pool 1, LLC*

Kaleb D. Anderson, Esq.
David T. Ochoa, Esq.
LIPSON NEILSON COLE SELTZER &
GARIN, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Defendant*
*Seville Etage Homeowners Association*

/s/ Sarah Walton
An employee of BALLARD SPAHR LLP

4

DMWEST #17061213 v1