DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CITIBANK, N.A., AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BEAR STERNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-6,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SEVILLE ETAGE HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No. 2:16-cv-02766-JCM-VCF<br><br>**STIPULATION AND ORDER TO DISMISS MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. WITHOUT PREJUDICE** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>CITIBANK, N.A., AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BEAR STERNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-6; MORTGAGE ELECTRONIC | |

- 1 -

REGISTRATION SYSTEMS, INC., AS NOMINEE FOR REPUBLIC MORTGAGE, LLC DBA REPUBLIC MORTGAGE; FRANKIE M. ABENOJAR, an individual; JANE P. ABENOJAR, an individual,

Counter/Cross-Defendants.

Defendant/Counterclaimant/Cross-Claimant SFR Investments Pool 1, LLC's ("**SFR**"); Plaintiff/Counterdefendant Citibank, N.A., as Trustee for the Certificate Holders of Structured Asset Mortgage Investments II, Inc., Bear Sterns Alt-A Trust, Mortgage Pass-Through Certificates Series 2006-6 ("**Citibank**"); Cross-Defendant Mortgage Electronic Registration Systems, Inc. ("**MERS**"); and Defendant Seville Etage Homeowners Association ("**Seville**") (collectively, the "**Parties**"), by and through their undersigned counsel, stipulate and agree as follows:[1]

This litigation was initiated by Citibank against SFR as the Defendant. On January 30, 2017, SFR asserted counter-claims against Citibank and cross-claims against MERS in its Answer to Complaint, Counterclaim and Cross-Claim (ECF No. 16).

MERS hereby represents that any interest that MERS had in the Property which is the subject of this litigation[2] was released via the Substitution of Trustee and Deed of Reconveyance, recorded in the Clark County Recorder's Office as Instrument No. 20180116-0002354. Therefore, MERS is no longer a real party in interest and disclaims any interest in the Property or any deed(s) of trust relating to the Property.

///
///
///
///
///
///

---

[1] Default was entered against Cross-defendants Jane P. Abenojar and Frankie M. Abenojar on March 12, 2018 (ECF No. 48).
[2] 7024 Puetollano Drive, Las Vegas, NV 89084, Parcel No. 124-19-513-077 (the "Property").

- 2 -

**IT IS THEREFORE STIPULATED AND AGREED AMONG THE PARTIES THAT** SFR's cross-claims against MERS shall be dismissed without prejudice, and that MERS shall be dismissed from the action, with each party to bear their own costs and fees.

| | |
|---|---|
| Dated this  2nd  day of April, 2018.<br><br>**KIM GILBERT EBRON**<br><br>*/s/Diana S. Ebron*<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, Nevada  89139<br>*Attorneys for SFR Investments Pool 1, LLC* | Dated this  2nd  day of April, 2018.<br><br>**BALLARD SPAHR, LLP**<br><br>*/s/ Justin A. Shiroff*<br>JUSTIN A. SHIROFF, ESQ.<br>Nevada Bar No. 12869<br>JOEL EDWARD TASCA, ESQ.<br>Nevada Bar No. 14124<br>100 N. City Parkway, Suite 1750<br>Las Vegas, NV 89106<br>*Attorneys for Citibank, N.A., as Trustee for the Certificate Holders of Structured Asset Mortgage Investments II, Inc., Bear Sterns Alt-A Trust, Mortgage Pass-Through Certificates Series 2006-6 and Mortgage Electronic Registration Systems, Inc.* |
| Dated this  2nd  day of April, 2018.<br><br>**LIPSON NEILSON, P.C**<br><br>*/s/ David T. Ochoa*<br>KALEB D. ANDERSON, ESQ.<br>Nevada Bar No. 07582<br>DAVID T. OCHOA, ESQ.<br>Nevada Bar No. 10414<br>9900 Covington Cross Dr., Suite 120<br>Las Vegas, NV 89144<br>*Attorneys for Seville Etage Homeowners Association* | |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: April 5, 2018

- 3 -