1  Joel E. Tasca
   Nevada Bar No. 14124
2  Justin A. Shiroff
   Nevada Bar No. 12869
3  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
4  Las Vegas, Nevada 89135-2958
   Telephone: (702) 471-7000
5  Facsimile: (702) 471-7070
   tasca@ballardspahr.com
6  shiroffj@ballardspahr.com

7  *Attorneys for Plaintiff Citibank, N.A. as Trustee*
   *for the Certificateholders of Structured Asset*
8  *Mortgage Investments II, Inc., Bear Stearns*
   *ALT-A Trust, Mortgage Pass-Through*
9  *Certificates Series 2006-6 and Mortgage*
   *Electronic Registration Systems, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CITIBANK, N.A. AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-6<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada non-profit corporation; SEVILLE ETAGE HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No. 2:16-cv-02766-JCM-VCF<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER TO EXTEND DISPOSITIVE MOTIONS DEADLINE AND DEADLINE FOR PRETRIAL ORDER**<br>**[THIRD REQUEST]** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant<br><br>vs.<br><br>CITIBANK, N.A. AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BEAR | |

DMWEST #17607667 v1

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
LAS VEGAS, NEVADA 89135-2958
(702) 471-7000 FAX (702) 471-7070

| | |
|---|---|
| STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-6; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR REPUBLIC MORTGAGE, LLC DBA REPUBLIC MORTGAGE; FRANKIE M. ABENOJAR, an individual; JANE P. ABENOJAR, an individual, | |
| Counter/Cross Defendants/ | |

Pursuant to Fed. R. Civ. P. 26(a)(2) and 6(b)(a)(1)(A) and LR 26-4, Plaintiff, Citibank, N.A. as Trustee for the Certificateholders of Structured Asset Mortgage Investments II, Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates Series 2006-6 and Mortgage Electronic Registration Systems, Inc. ("Trustee"), Defendant SFR Investment Pools 1, LLC ("SFR"), and Defendant Seville Etage Homeowners Association (the "Association") (together, the "Parties") hereby submit the following Stipulation and Order to Extend Dispositive Motions Deadline and Deadline for Pretrial Order (Third Request).

Under the Discovery Plan and Scheduling Order [ECF No. 33], as amended by the Stipulation and Order to Extend Discovery Deadlines [ECF No. 44.] the current deadlines are as follows:

| **Dispositive Motions** | Wednesday April 4, 2018 |
|---|---|
| **Joint Pre-Trial Order** | Friday, May 4, 2018 |

Pursuant to LR 26-4, a stipulation to extend any dates set by the scheduling order must be supported by a showing of good cause for the extension. "The good cause inquiry focuses primarily on the movant's diligence." *Novotny v. Outback Steakhouse of Fla., LLC*, 2017 U.S. Dist. LEXIS 114672 at \*2 (D. Nev. July 21, 2017) (citing *Coleman v. Quaker Oats Co.*, 232 F.3d 1271, 1294-95 (9th Cir. 2000)). "Good cause to extend a discovery deadline exists 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" *Id.* (quoting *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992)). Good cause exists

in this case. All of the Parties have exercised diligence with regards to completing discovery, and discovery is now completed. The Parties believe that an additional two week extension of the dispositive motions and joint pre-trial orders deadline is appropriate to accommodate unanticipated scheduling conflicts on the part of counsel. The Parties have not previously requested an extension of the dispositive motions deadline, however, the Parties did obtain two extensions of the close of discovery and each such extension also extended the dispositive motions deadline.

The Parties propose a two-week extension of the remaining deadlines as follows:

| | |
|---|---|
| **Dispositive Motions** | Wednesday, April 18, 2018 |
| **Joint Pre-Trial Order** | Friday, May 18, 2018 |

## CONCLUSION

For the above-stated reasons, the Parties respectfully request that this Court enter an Order granting this Stipulation and Order to Extend Dispositive Motions Deadline and Deadline for Pretrial Order (Third Request).

(*Remainder of Page Intentionally Left Blank*)

3

This request is made in good faith and not for any improper purpose.

Dated: April 3, 2018.

| BALLARD SPAHR LLP | LIPSON NEILSON P.C. |
|---|---|
| By: /s/ Justin A. Shiroff<br>Abran E. Vigil, NV Bar No. 7548<br>Justin A. Shiroff, NV Bar No. 12869<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Plaintiff Citibank, N.A. as Trustee for the Certificateholders of Structured Asset Mortgage Investments II, Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates Series 2006-6 and Mortgage Electronic Registration Systems, Inc.* | By: /s/ David T. Ochoa<br>Kaleb D. Anderson, Esq.<br>Nevada Bar No. 07582<br>David T. Ochoa, Esq.<br>Nevada Bar No. 10414<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br><br>*Attorney for Defendant Seville Etage Homeowners Association* |

KIM GILBERT EBRON

By: /s/ Diana S. Ebron
Diana S. Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for SFR Investments Pool 1, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
Dated: 5-8-2018

4

DMWEST #17607667 v1