Joel E. Tasca
Nevada Bar No. 14124
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135-2958
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
shiroffj@ballardspahr.com

*Attorneys for Plaintiff Citibank, N.A. as Trustee for the Certificateholders of Structured Asset Mortgage Investments II, Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates Series 2006-6 and Mortgage Electronic Registration Systems, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CITIBANK, N.A. AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-6<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada non-profit corporation; SEVILLE ETAGE HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant<br><br>vs. | Case No. 2:16-cv-02766-JCM-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE DEFENDANT SEVILLE ETAGE HOMEOWNERS ASSOCIATION** |

DMWEST #17911891 v1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | CITIBANK, N.A. AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-6; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR REPUBLIC MORTGAGE, LLC DBA REPUBLIC MORTGAGE; FRANKIE M. ABENOJAR, an individual; JANE P. ABENOJAR, an individual,<br><br>Counter/Cross Defendants |

Plaintiff, Citibank, N.A. as Trustee for the Certificateholders of Structured Asset Mortgage Investments II, Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates Series 2006-6 ("Trustee"), and Defendant Seville Etage Homeowners Association ("Seville Etage"), collectively "the Parties," by and through their respective counsel of record, hereby stipulate as follows:

All claims among the Parties are hereby DISMISSED with prejudice; and

(*Remainder of Page Intentionally Left Blank*)

2

DMWEST #17911891 v1

1    Each party shall bear its own attorneys' fees and costs.

2    Dated: September 28, 2018.

BALLARD SPAHR LLP

By: /s/ Justin A. Shiroff
    Joel E. Tasca
    Nevada Bar No. 14124
    Justin A. Shiroff
    Nevada Bar No. 12869
    1980 Festival Plaza Drive, Suite 900
    Las Vegas, Nevada 89135

*Attorneys for Plaintiff Citibank, N.A. as Trustee for the Certificateholders of Structured Asset Mortgage Investments II, Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates Series 2006-6 and Mortgage Electronic Registration Systems, Inc.*

LIPSON NEILSON P.C.

By: /s/ David T. Ochoa
    Kaleb D. Anderson, Esq.
    Nevada Bar No. 07582
    David T. Ochoa, Esq.
    Nevada Bar No. 10414
    9900 Covington Cross Drive, Suite 120
    Las Vegas, Nevada 89144

*Attorney for Defendant Seville Etage Homeowners Association*

**IT IS SO ORDERED.**

_/s/ James C. Mahan_
UNITED STATES DISTRICT JUDGE

Dated: October 2, 2018

3

DMWEST #17911891 v1