Joel E. Tasca
Nevada Bar No. 14124
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135-2958
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
shiroffj@ballardspahr.com

*Attorneys for Plaintiff Citibank, N.A. as Trustee for the Certificateholders of Structured Asset Mortgage Investments II, Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates Series 2006-6 and Mortgage Electronic Registration Systems, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CITIBANK, N.A. AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-6<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada non-profit corporation; SEVILLE ETAGE HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant<br><br>vs. | Case No. 2:16-cv-02766-JCM-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

DMWEST #18096601 v1

CITIBANK, N.A. AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-6; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR REPUBLIC MORTGAGE, LLC DBA REPUBLIC MORTGAGE; FRANKIE M. ABENOJAR, an individual; JANE P. ABENOJAR, an individual,

Counter/Cross Defendants

Pursuant to Local Rules LR IA 6-1 and LR 26-4, Plaintiff, Citibank, N.A. as Trustee for the Certificateholders of Structured Asset Mortgage Investments II, Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates Series 2006-6 ("Trustee"), and Defendant/Counterclaimant SFR Investment Pools 1, LLC ("SFR") (collectively, the "Parties") hereby stipulate as follows:

The Parties to this Stipulation have settled and agreed to release their respective claims, and further agreed that the claims between them, including the Complaint and Counterclaim, shall be DISMISSED with prejudice;

The Parties further stipulate and agree that nothing in this Stipulation shall be construed to affect SFR's rights to pursue its claims in this action against Frankie M. Abenojar and Jane P. Abenojar;

The Parties further stipulate and agree that the $500 in security costs posted by U.S. Bank on January 17, 2017 pursuant to this Court's Order [ECF No. 13] shall be discharged and released to the Ballard Spahr LLP Trust Account;

The Parties further stipulate and agree that a copy of this Stipulation and Order may be recorded with the Clark County Recorder; and

(*Remainder of Page Intentionally Left Blank*)

DMWEST #18096601 v1

Each of the Parties shall bear its own attorneys' fees and costs in this Case Number 2:16-CV-02766-JCM-VCF.

Dated: September 27, 2018.

| BALLARD SPAHR LLP | KIM GILBERT EBRON |
|---|---|
| By: /s/ Justin A. Shiroff<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Justin A. Shiroff<br>Nevada Bar No. 12869<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Jacqueline A. Gilbert<br>Diana S. Ebron<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert<br>Nevada Bar No. 10593<br>Karen L. Hanks<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139 |
| *Attorneys for Plaintiff Citibank, N.A. as Trustee for the Certificateholders of Structured Asset Mortgage Investments II, Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates Series 2006-6 and Mortgage Electronic Registration Systems, Inc.* | *Attorneys for SFR Investments Pool 1, LLC* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: October 2, 2018

2

DMWEST #18096601 v1