Diana S. Ebron, Esq.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CITIBANK, N.A., AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BEAR STERNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-6,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SEVILLE ETAGE HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>CITIBANK, N.A., AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BEAR STERNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-6; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR REPUBLIC MORTGAGE, LLC DBA REPUBLIC MORTGAGE; | Case No. 2:16-cv-02766-JCM-VCF<br><br>**JUDGMENT BY DEFAULT AGAINST FRANKIE M. ABENOJAR AND JANE P. ABENOJAR** |

- 1 -

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

FRANKIE M. ABENOJAR, an individual;
JANE P. ABENOJAR, an individual,

Counter/Cross Defendants.

## JUDGMENT BY DEFAULT AGAINST FRANKIE M. ABENOJAR AND JANE P. ABENOJAR

This matter came before the Court on SFR Investments Pool 1, LLC's ("SFR") Motion for Judgment by Default against Frankie M. Abenojar and Jane P. Abenojar ("the Abenojars" or "Cross-Defendants"). Having considered the motion, including the declarations attached thereto, the Court makes the following findings of fact and conclusions of law:

1. On January 30, 2017, SFR filed a Cross-Complaint [ECF No. 16] for quiet title and injunctive relief against the Abenojars, relating to real property located at **7024 Puetollano Drive, North Las Vegas, Nevada 89084; Parcel No. 124-19-513-077** ("the Property").

2. The Abenojars failed to answer the complaint within the 21-day time limit set forth in FRCP 12. The Clerk of the Court appropriately entered a default against the Abenojars on March 12, 2018.

3. The Abenojars are not incompetent, infants, or serving in the United States military.

4. SFR submitted credible evidence in support of its motion in the form of documents obtained from the Official Records of the Clark County Recorder and declarations made under penalty of perjury that demonstrate prima facie grounds sufficient to enter default judgment against the Abenojars.

NOW, THEREFORE, pursuant to FRCP 55(b)(2), having considered the evidence and made the foregoing findings of fact and conclusions of law, and finding good cause,

IT IS ORDERED, ADJUDGED AND DECREED that the Abenojars, any successors and assigns, have no right, title or interest in the Property and that SFR is the rightful title owner.

…

…

IT IS FURTHER ORDERED that this judgment does not adjudicate SFR's claims against, or the defenses of, any other party to this case.

_____
UNITED STATES DISTRICT COURT JUDGE
Dated: May 18, 2020

*Respectfully submitted by:*
**KIM GILBERT EBRON**
/s/ *Jason G. Martinez*
JASON G. MARTINEZ, ESQ.
Nevada Bar No. 13375
7625 Dean Martin Dr., Ste. 110
Las Vegas, NV 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

DATED this 11th day of May, 2020.

- 3 -